**Opinion issued March 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00189-CV

———————————

## IN RE JIMMIE MARK PARROTT, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jimmie Mark Parrott, Jr., has filed a petition for writ of mandamus requesting that this Court compel the trial court in his underlying civil suit to "schedule a pretrial date, without delay, requiring all parties to appear; secure a bench warrant so that Relator can be present in person; rule on all motions and

pretrial matters; and then proceed to trial the following week, not giving the Defendant any future continuances." *

We **deny** the petition. *See* TEX. R. APP. P. 52.3(k) (appendix must contain "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); TEX. R. APP. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (it is relator's burden to provide record sufficient to establish right to relief). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

\* The underlying case is *Jimmie Mark Parrot, Jr. v. Beverly D. Melontree*, cause number 2012-75176, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.